SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
smuralidhara@wmllawlv.com
Attorney for Jamonte Johnson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMONTE JOHNSON, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:21-CR-00296-JCM-NJK |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, JASON M. FRIERSON, United States Attorney, through BIANCA R. PUCCI, Assistant United States Attorney; and Defendant JAMONTE JOHNSON, by and through his counsel, SUNETHRA MURALIDHARA, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for July 15, 2022, at 11:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. Counsel for Defendant Johnson was recently appointed on June 13, 2022. (ECF 37).

2. The parties are requesting a thirty (30) day continuance for sentencing. If this Court is inclined to grant said request, counsel would request that sentencing not be set for the week of August 22, 2022 as defense counsel will be out of the jurisdiction.

///

3. The parties need additional time to prepare for Defendant Johnson's sentencing hearing. Defense counsel also requires additional time to meet with Mr. Johnson and review documents, and prepare a sentencing memorandum.

4. The parties agree to the continuance. Mr. Johnson is presently in custody and agrees to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. This is the first request for a continuance of the sentencing hearing.

Dated this 20th day of June, 2022.

Respectfully submitted:

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
| --- | --- |
| | UNITED STATES ATTORNEY |
| BY  /s/ Sunethra Muralidhara | BY   /s/ Bianca R. Pucci |
| SUNETHRA MURALIDHARA, ESQUIRE | BIANCA R. PUCCI |
| Attorney for Jamonte Johnson | Assistant U.S. Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>JAMONTE JOHNSON,<br><br>　　　　Defendant. | CASE NO. 2:21-CR-00296-JCM-NJK<br><br>**ORDER** |

Based on the Stipulation of the parties and for good cause appearing, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for July 15, 2022, at 11:00 a.m., be vacated and continued to **August 17, 2022, at 10:00 a.m.**

DATED: June 21, 2022

_____
JAMES C. MAHAN
United States District Judge