**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:21-CR-00296-JCM-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| JAMONTE JOHNSON, | |
| Defendant. | |

Presently before the court is defendant Jamonte Johnson's motion for documents.  (ECF No. 45).  Defendant requests copies of his indictment, plea agreement, "docket sheet," "judgment of commitment," and sentencing transcript.  (*Id.*).  No responses or oppositions have been filed, and the time to do so has passed.

Local Rule 47-1 provides that "[a]ll motions—unless made during a hearing or trial— must be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities." LCR 47-1.  Local rule IC 5-1 provides that a signature is required on all filings, and that "[t]he signatory must be the attorney or pro se party who electronically files the document." LR IC 5-1.  Local rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

Defendant's attorney has not withdrawn from the case.  Defendant's motion bears neither his own signature nor his attorney's.  Defendant's motion does not contain points and authorities. If defendant wishes to move the court for further action in this case, he must do so through his attorney or proceed properly as a pro se party.

. . .

. . .

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for documents (ECF No. 45) be STRICKEN.

DATED November 2, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE